UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JASON STREBECK** | **CASE NO. 5:23-CV-00147** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMERICAN MODERN INSURANCE COMPANY, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 23] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's MOTION TO DISMISS [Doc. 8] is DENIED.

THUS, DONE AND SIGNED in Chambers, on this 18TH day of September, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE