UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JASON STREBECK** | **CIVIL CASE NO. 5:23-CV-00147** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMERICAN MODERN INSURANCE COMPANY** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 52], noting the absence of objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that this case is hereby DISMISSED. FED. R. CIV. P. 41(b).

THUS DONE AND SIGNED in Chambers on this 25th day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE